IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Frank C. Brown, Jr.,

    Plaintiff,

v.

    Case No. 3:10-cv-352

Russ Parish, et al.,

    JUDGE EDMUND A. SARGUS, JR.
    MAGISTRATE JUDGE KEMP

    Defendants.

## ORDER

    This case is before the Court to consider a Report and Recommendation issued by the Magistrate Judge on February 7, 2013. The time for filing objections has passed, and no objections have been filed to the Report and Recommendation. Therefore, the Court **ADOPTS** the Report and Recommendation. The motion for judgment on the pleadings (#88) and Mr. Brown's motion for a preliminary injunction and temporary restraining order (#90) are both **DENIED**. Defendants shall file any motion for summary judgment within 60 days of the date of this order.

    **IT IS SO ORDERED.**

3-12-2013
Date

Edmund A. Sargus, Jr.
United States District Judge