UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

FRANK C. BROWN, JR.,

    Plaintiff,

v.

    Case No. 2:10-cv-352
    JUDGE EDMUND A. SARGUS, JR.
    Magistrate Terence P. Kemp

RUSS PARRISH, et al.,

    Defendants.

## ORDER

This matter is before the Court for consideration of a Report and Recommendation issued by the Magistrate Judge on May 14, 2014. (ECF No. 117.) The time for filing objections has passed, and no objections have been filed to the Report and Recommendation. Therefore, the Court **ADOPTS** the Report and Recommendation. For the reasons set forth in the Report and Recommendation, the defendant's motion for summary judgment (ECF No. 97) is **GRANTED** and all other pending motions (ECF Nos. 106, 112, 114, 115, 116) are **DENIED**. The Clerk is **DIRECTED** to **ENTER JUDGMENT** in accordance with this Order.

    IT IS SO ORDERED.

7-1-2014
DATE

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE