AO 450 (Rev. 5/85) Judgment in a Civil Case

# *UNITED STATES DISTRICT COURT*
# *SOUTHERN DISTRICT OF OHIO*

Eastern Division

**FRANK C. BROWN, JR.,**

       **Plaintiff,**

**JUDGMENT IN A CIVIL CASE**

**v.**

**RUSS PARRISH, et al.,**            **CASE NO. 2:10-cv-352**
                                             **JUDGE EDMUND A. SARGUS, JR.**
       **Defendants.**                **MAGISTRATE JUDGE TERENCE P. KEMP**

\_\_\_\_    **Jury Verdict.**   This action came before the Court for a trial by jury.   The issues have been tried and the jury has rendered its verdict.

X    **Decision by Court.**   A decision has been rendered by the Court without a hearing or trial**.**

     **Pursuant to the ORDER filed July 1, 2014, JUDGMENT is hereby entered dismissing this case.**

Date:   July 1, 2014                               JOHN P. HEHMAN, CLERK

                                                    */S/ Andy F. Quisumbing*
                                                    (By) Andy F. Quisumbing
                                                    Courtroom Deputy